IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| IN THE MATTER OF: | ) | |
|---|---|---|
| | ) | **Chapter 13** |
| **WILLIAM R. PHILLIPS,** | ) | **Case No. 18-07054** |
| | ) | **Judge: DOYLE** |
| Debtor(s). | ) | |

## NOTICE OF MOTION

*To the following persons or entities who have been served via electronic mail:*
U.S. Bankruptcy Trustee: USTPRegion11.ES.ECF@usdoj.gov
Tom Vaughn, Chapter 13 Trustee: ecf@tvch.net

*To the following persons or entities who have been served via U.S. Mail:*
See attached service list

Please take notice that I shall appear before the following named Bankruptcy Judge, or any other Judge presiding in his stead at Dirksen Federal Building, 219 S. Dearborn St., Chicago, IL 60604, and in the following courtroom (or any other place posted), and present the attached **Motion to Modify Plan and Extend Time**, at which time and place you may appear.

| JUDGE: | DOYLE |
|---|---|
| ROOM: | 742 |
| DATE: | August 27, 2019 |
| TIME: | 9:30 AM |

## PROOF OF SERVICE

A copy of this Notice of Motion and attachments were deposited at the United States Post Office, Wheeling, Illinois, 60090, with sufficient postage prepaid, by Christine H. Clar, or served electronically by the bankruptcy court, under oath and under all penalties of perjury.

DATE OF SERVICE: August 6, 2019              /s/ Christine H. Clar
                                              Christine H. Clar, A.R.D.C. #6202332
                                              Attorney for the Debtor(s)

DAVID M. SIEGEL & ASSOCIATES
790 Chaddick Drive
Wheeling, IL 60090
847/520-8100

*To the following persons or entities who have been served via U.S. Mail:*

Mr. William Phillips
8041 S. Drexel
Chicago, IL  60619

American Family Mutual Insurance Co.
c/o Keis George, LLP
55 Public Square, Ste. 800
Cleveland, OH  44113-2001

American Family Mutual Insurance Co.
c/o Keis George, LLP
1 N. LaSalle St., Ste. 2046
Chicago, IL  60602

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| **IN THE MATTER OF:** )  | |
| ) | **Chapter 13** |
| **WILLIAM R. PHILLIPS,** ) | **Case No. 18-07054** |
| ) | **Judge: DOYLE** |
| Debtor(s). ) | |

### MOTION TO MODIFY CHAPTER 13 PLAN AND EXTEND TIME

NOW COMES, THE DEBTOR, WILLIAM R. PHILLIPS, by and through his attorneys, DAVID M. SIEGEL AND ASSOCIATES, LLC, to present this Motion, and in support thereof states as follows:

1) Jurisdiction is proper and venue is fixed in this Court with respect to these parties.

2) On March 12, 2018, the Debtor filed a voluntary petition for relief pursuant to Chapter 13 under Title 11 USC, and the Chapter 13 plan was confirmed on July 10, 2018.

3) That Tom Vaughn was appointed Trustee in this case.

4) The Debtor's Modified Chapter 13 plan provides for payments of $525.00 monthly for 36 months with an initial plan term of 36 months, with payments to the General Unsecured Creditors of 100% of their allowed claims.

5) The Debtor tried in good faith to list all of his creditors in the schedules filed with the Chapter 13 petition, but the debt owed to American Family Mutual Insurance Co. was inadvertently omitted.

6) The deadlines for filing a proof of claim were May 21, 2018 for all creditors except governmental units, and September 10, 2018 for governmental units; and the time for Debtors to file a proof of claim pursuant to Bankruptcy Rule 3004 has expired.

7) That the Debtor owed American Family Mutual Insurance Co. $3,318.27 as unsecured.

8) The Debtor intends that the debt owed to American Family Mutual Insurance Co. be paid through his Chapter 13 plan.

9) The Debtor further seeks that payment under the claim for said creditor be allowed and the time to file claims to be extended.

      10)    The Debtor seeks to have the Chapter 13 plan modified pursuant to 11 U.S.C. Sec. 1329 so that Part 2.1 of the plan provides that Debtor will pay to the trustee $650.00 monthly pursuant to the provisions of the plan so that the plan remains feasible. Debtor income is slightly higher since the case was filed and he will adjust his budget as needed to in order to deal with this claim.

      WHEREFORE, the DEBTOR, WILLIAM R. PHILLIPS, prays that this Honorable Court enter an Order to Modify Plan and Extend Time, and for other such relief as the Court deems fair and proper.

                                  Respectfully Submitted,

                                  /s/ Christine H. Clar
                                Christine H. Clar, A.R.D.C. #6202332
                                Attorney for the Debtor(s)

DAVID M. SIEGEL & ASSOCIATES, LLC
790 Chaddick Drive
Wheeling, IL 60090
847/520-8100
davidsiegelbk@gmail.com