UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: ) | BK No.: | 18-07054 |
| WILLIAM R. PHILLIPS, ) | | |
| ) | Chapter: | 13 |
| ) | Honorable Carol A. Doyle | |
| ) | | |
| ) | | |
| Debtor(s) ) | | |

## ORDER MODIFYING PLAN AND EXTENDING TIME TO FILE CLAIM

THIS MATTER coming to be heard on the motion of the Debtor, the Court having jurisdiction over the parties and the subject matter and being duly advised in the premises and due notice having been given to the parties entitled thereto:

It is hereby ORDERED:

1) The Claim filed on behalf of American Family Mutual Insurance Co. is allowed, and shall be paid pursuant to the provisions of the Chapter 13 Plan.

2) Debtor's Chapter 13 plan is modified so that Part 2.1 provides that Debtor will pay to the trustee $650.00 monthly pursuant to the provisions of the plan, commencing with the next payment due.

Enter:

*/s/ Carol Doyle*

Honorable Carol A. Doyle
United States Bankruptcy Judge

Dated: August 27, 2019

**Prepared by:**

Christine H. Clar, ARDC #6202332
Attorney for the Debtor
DAVID M. SIEGEL & ASSOCIATES, LLC
790 Chaddick Drive
Wheeling, IL  60090
847/520-8100
davidsiegelbk@gmail.com